UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RIO GRANDE COMMUNITY HEALTH
CENTER, et al.,

    Plaintiffs,

    v.                                                CIVIL NO.  03-1640 (JAG)

ROSA PEREZ PERDOMO,
SECRETARY, DEPARTMENT OF HEALTH,

    Defendant.

**REPORT AND RECOMMENDATION**

Based on the reasons outlined in this Court's Report and Recommendation (Docket No. 173) issued on this same date, the Court hereby **RECOMMENDS** that defendant be ordered to satisfy payment to Loíza and Belaval no later than October 14, 2005, or a finding of contempt shall be made and an order of attachment shall issue as to said amounts due. Such amount should be based on the mathematical formula established by the First Circuit in Río Grande Community Health Center, Inc. v. Rullán, 397 F. 3d. 56 (1ST Cir. 2005), as interpreted by the Court. (Docket No. 145).

Under the provisions of 28 U.S.C. § 636 and Rule 72 (d), Local Rules, District of Puerto Rico, any party who objects to this report and recommendation must file a written objection thereto on or before **Friday, September 30, 2005 at 5:00 p.m.**. The written objections must specifically identify the portion of the recommendation, or report to which objection is made and the basis for such objections.  Failure to comply with this rule precludes further appellate review.  See Thomas v. Arn, 474 U.S. 140, 155 (1985), reh'g denied, 474 U.S. 1111 (1986); Davet v. Maccorone, 973 F. 2d 22, 30/31 (1st Cir. 1992).

**IT IS SO ORDERED.**

Date: September 26, 2005                                        S/ Gustavo A. Gelpí
                                                                     **GUSTAVO A. GELPÍ**
                                                                    **U.S. Magistrate Judge**